WILSHIRE LAW FIRM
Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Tel:  +213.381.9988
Fax:  +213.381-9989

Attorneys for Plaintiff
DANIEL CERVANTES

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01807-TLN-KJN<br><br>[Hon. Troy L. Nunley]<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT BMW OF NORTH AMERICA, LLC TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: October 6, 2021<br>Current Response Date: December 22, 2021<br>New Response Date: January 21, 2022 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01807-TLN-KJN

1  WHEREAS, Plaintiff Daniel Cervantes ("Plaintiff") filed his Complaint on September 30, 2021;

2  WHEREAS, Defendant BMW of North America, LLC ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties") was served on October 6, 2021 such that Defendant's current responsive pleading deadline is October 27, 2021;

3  WHEREAS, through the Parties' prior stipulation, Defendant's current response deadline is December 22, 2021;

4  WHEREAS, Defendant is in the process of assessing Plaintiff's allegations in this action which is a time-consuming process given the highly technical nature of the allegations relating to the accessibility of Defendant's website.  Defendant will need more time to complete its assessment of Plaintiff's allegations prior to responding to Plaintiff's Complaint; and

5  WHEREAS, the Parties' respective counsel have met and conferred and stipulated to an extension of time for Defendant to respond to Plaintiff's Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended to January 21, 2022.

Dated:  December 21, 2021        WILSHIRE LAW FIRM

By   /s/ Thiago Coelho
Thiago Coelho
Attorney for Plaintiff
DANIEL CERVANTES

Dated:  December 21, 2021        MORGAN, LEWIS & BOCKIUS LLP

By   /s/ Kathy H. Gao
KATHY H. GAO
Attorney for Defendant
BMW OF NORTH AMERICA, LLC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01807-TLN-KJN

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: December 21, 2021

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ *Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
BMW OF NORTH AMERICA, LLC

## ORDER

After considering the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that: Defendant's deadline to respond to Plaintiff's Complaint shall be extended to January 21, 2022.

**IT IS SO ORDERED.**

Dated: December 27, 2021

Troy L. Nunley
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01807-TLN-KJN